CROCKETT MAYNOR v. THE STATE.

No. 14571. Delivered October 14, 1931.
Rehearing Denied November 13, 1931.

The opinion states the case.

*Wallace Hughston,* of McKinney, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offffense is burglary; penalty assessed at confinement in the penitentiary for a period of two years.

The court adjourned on the 7th day of March, 1931. The motion for new trial was overruled on the 21st day of February, 1931. Ninety days were allowed within which to prepare and file the statement of facts and bills of exception. The statement of facts was filed in the trial court on May 23, 1931, which was more than ninety days after notice of appeal was given. Under the terms of the Code of Criminal Procedure, art. 760, this court is precluded from giving consideration to the statement of facts.

The record is void of bills of exceptions, and no legal questions are presented which, in the absence of the statement of facts, can be considered.

The judgment is affirmed.

*Affirmed.*

#### ON MOTION FOR REHEARING.

LATTIMORE, JUDGE.—In his motion appellant complains of the indictment. Without setting same out it appears to be in all things in conformity with law.

The renewed complaint of the lack of sufficient evidence to support the verdict cannot be considered in view of the fact that there is no statement of facts filed in time for our consideration. Appellant says the case should be reversed for fundamental error. We perceive none. The statement of facts was filed one day too late, as appears in our original opinion. All of the decisions hold that in such case we have no authority to consider such statement.

The motion for rehearing will be overruled.

*Overruled.*